```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.B-S., *individually and on behalf of A.S., a minor*,

        Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

        Defendant.

No. 20-CV-3772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   July 15, 2020
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge